IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREA REGINA COLEMAN,

      Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES, LLC,

      Defendant.

CIVIL ACTION FILE NO.

1:24-CV-2077-SCJ-JEM

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 9] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

    **IT IS SO ORDERED**, this 7th day of August, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE