**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANDREA REGINA COLEMAN,

      Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.

CASE NO. 1:24-cv-02077-SCJ-JEM

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC.

COMES NOW Plaintiff, ANDREA REGINA COLEMAN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax") Defendant, Equifax, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 18th day of September 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No. 617963
The Consumer Lawyers
*Attorney for Plaintiff*

2